# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL COMMERCIAL RECOVERY, INC., ET AL., <br><br> Plaintiff, <br><br> v. <br><br> MERCATROPIC CORP., ET AL., <br><br> Defendants. | CASE NO. 2:15-cv-9910-JFW-MRW <br><br> ORDER ON STIPULATION TO DISMISS |

THE COURT, having received and reviewed the parties' Stipulation TO Dismiss, and being otherwise advised in the premises, hereby GRANTS the Stipulation.

Pursuant to Rule 41(a)(1)(A)(ii), the parties may dismiss an action without leave of court upon filing a stipulation of dismissal signed by all parties who have appeared.  The claims against Defendant Roberto De La Torre and Mercatropic are hereby dismissed without prejudice with the Court retaining jurisdiction as to enforcement of the parties' Settlement Agreement.

The claims against Miranda are hereby dismissed with prejudice.

Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  April 20, 2016

_____
The Hon. John F. Walter
Judge, United States District Court
Central District of California